# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY STROEHMANN, | : | No. 378 MAL 2024 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum Opinion and** |
| | : | **Order** of the Commonwealth |
| | : | Court at No. 555 CD 2023 entered |
| LYCOMING COUNTY OFFICE OF VOTER | : | on July 12, 2024, **affirming** the |
| SERVICES, | : | Lower Court Order of the |
| | : | Lycoming County Court of |
| Respondent | : | Common Pleas at No. CV-2022- |
| | : | 574-OR entered on May 8, 2023 |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED: July 27, 2026**

AND NOW, this 27th day of July, 2026, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the case is **REMANDED** to the Commonwealth Court for reconsideration in light of *Honey v. Lycoming County Officers of Voter Services*, 355 A.3d 801 (Pa. 2026).